UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HARPER, SR., <br><br> Plaintiff, <br><br> v. <br><br> CHERRY, et al., <br><br> Defendants. | Case No. 2:19-cv-06030 MCS (ADS) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, Defendants' Motion to Dismiss Complaint, Plaintiff's Opposition to the Defendants' Motion to Dismiss, Defendants' Reply in Support of Motion to Dismiss, and all related records and files herein, as well as the Report and Recommendation of United States Magistrate Judge dated April 22, 2021 [Dkt. No. 49].

Finding no objections on file, it is hereby ordered:

1. The Report and Recommendation of United States Magistrate Judge [Dkt. No. 49] is accepted;

2. Defendants' Motion to Dismiss [Dkt. No. 33] is:

    a. Denied, as to Officer Cherry; and

    b. Granted, as to Officers Jones, Carter, Sierra, and Caballero, with leave to amend; and

3. Plaintiff shall file a second amended complaint _or_ a statement reflecting his desire to proceed only on the claim against Officer Cherry, within thirty (30) days of the entry of this Order.

DATED: May 27, 2021

_____
THE HONORABLE MARK C. SCARSI
United States District Judge