UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HARPER, SR., | Case No. 2:19-06030 MCS (ADS) |
| Plaintiff, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| CHERRY, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendants' Motion to Dismiss Second Amended Complaint, Plaintiff's opposition brief, Defendants' reply brief, and the Report and Recommendation of United States Magistrate Judge. No objections have been filed, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 63);

2. The Motion to Dismiss Second Amended Complaint is granted with leave to amend;

3. Plaintiff must file a third amended complaint by no later than thirty (30) days after entry of this order or the case will be dismissed.

DATED: January 12, 2022

*/s/ Mark C. Scarsi*
THE HONORABLE MARK C. SCARSI
United States District Judge